FILED
CLERK, U.S. DISTRICT COURT

DEC 19 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORY SPENCER MISRAJE,<br><br>Defendant. | Case No.  CR 09-992-PSG<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

    The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

II.

    The Court finds that

    A.    ☒    Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

| | | |
|---|---|---|
| | ☒ | Lack of bail resources |
| | ☒ | Refusal to interview with Pretrial Services |
| | ☒ | No stable residence or employment |
| | ☐ | Previous failure to appear or violations of probation, parole, or release |
| | ☐ | Ties to foreign countries |
| | ☒ | Allegations in petition |
| | ☐ | |

B.  ☐  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

| | | |
|---|---|---|
| | ☒ | Nature of previous criminal convictions |
| | ☒ | Allegations in petition |
| | ☐ | Substance abuse |
| | ☐ | Already in custody on state or federal offense |
| | ☐ | |

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: December 19, 2014

_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE